JANUARY 19, 1988

No. 87–919. TIMES MIRROR CO. ET AL. *v.* CITY OF LOS ANGELES. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question. JUSTICE STEVENS took no part in the consideration or decision of this case. 

No. 86–871. POTOMAC ELECTRIC POWER CO. *v.* CURRAN, ATTORNEY GENERAL OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Deakins* v. *Monaghan, ante,* p. 193, and to consider the question of mootness. 

No. 86–2015. GENERAL ELECTRIC CO. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Westfall* v. *Erwin, ante,* p. 292. 

No. 86–6678. PLATH *v.* SOUTH CAROLINA. Ct. Common Pleas of Beaufort County, S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Yates* v. *Aiken, ante,* p. 211.

No. 86–6698. ARNOLD *v.* SOUTH CAROLINA. Ct. Common Pleas of Beaufort County, S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Yates* v. *Aiken, ante,* p. 211.

No. 87–275. SPARKS *v.* CHARACTER AND FITNESS COMMITTEE OF KENTUCKY ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Forrester* v. *White, ante,* p. 219. 